GEORGE O. WEST III [SBN 7951]
Law Offices of George O. West III
*Consumer Attorneys Against Auto Fraud*
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Email : gowesq@cox.net
Website : www.caaaf.net
www.americasautofraudattorney.com
(702) 318-6570
(702) 664-0459 [fax]

Attorney for Plaintiffs
**MELISSA LEANN GILLMAN and
TROY MICHAEL JONES**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA LEANN GILLMAN and TROY MICHAEL JONES, <br><br> Plaintiffs, <br><br> v <br><br> SHACK FINDLAY AUTOMOTIVE LLC, d/b/a FINDLAY HONDA HENDERSON, WELLS FARGO DEALER SERVICES INC. and DOES 1 through 100, Inclusive, <br><br> Defendants, | CASE NO : 2:15-cv-02060-RFB-VCF <br><br> **STIPULATION TO REMAND BACK TO EIGHTH JUDICIAL DISTRICT COURT** |

1

Defendant SHACK FINDLAY AUTOMOTIVE LLC, d/b/a FINDLAY HONDA HENDERSON ("FINDLAY") and Plaintiffs MELISSA LEANN GILLMAN and TROY MICHAEL JONES, by and through their respective counsel of record in the above captioned matter, hereby stipulate and agree as follows :

On September 19, 2015, the instant action was filed by Plaintiffs in the District Court for the Eighth Judicial District in and for the State of Nevada bearing case number A-15-724943-C.

On October 22, 2015, Defendant WELLS FARGO DEALER SERVICES INC., was served with Summons and Complaint in the state action.

On October 26, 2015, (within 30 days of service of Summon and Complaint), Defendant FINDLAY timely filed its Petition for Removal with this Court.

On November 24, 2015, Plaintiffs timely filed their Motion to Remand to State Court.

As of the date of the submission of this stipulation Defendant WELLS FARGO DEALER SERVICES INC., has not filed any joinder, consent to removal or other pleading or Answer in this action.

The parties having discussed the matter, and taking the above procedural history into consideration, hereby agree and stipulate to remand this action back to the District Court for the Eighth Judicial District in and for the State of Nevada for all further proceedings.

The parties further stipulate and agree that, inasmuch as this stipulation dispenses with all issues raised before this Court, that the Clark of this Court can close this action.

2

Gillman v Shack Findlay Automotive LLC
Case No : 2:15-cv-02060-RFB-VCF

Jointly Submitted By :

By _____
George O. West III
Law Offices of George O. West III
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Attorney for Plaintiffs
**MELISSA LEANN GILLMAN and
TROY MICHAEL JONES**

By _____
James Rosenberger
Pico Rosenberger
3291 East Warm Springs Road, Suite 400
Las Vegas, NV 89120
Attorney for Defendant
**SHACK FINDLAY AUTOMOTIVE LLC,
d/b/a FINDLAY HONDA HENDERSON**

## ORDER

It is so ordered.

RICHARD F. BOULWARE, II
United States District Judge
Dated this ___7th___ day of ___December___, 2015

3